Alfredo A. Bismonte (Cal. Bar. No. 136154)
Joseph A. Greco (Cal. Bar. No. 104476)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckross.com
       jgreco@beckross.com
       jduggan@beckross.com

Attorneys for Defendant
Lite-On Technology Corporation

Jill F. Kopeikin (State Bar No. 160792)
Email: jill.kopeikin@dechert.com
DECHERT LLP
2440 W. El Camino Real
Suite 700
Mountain View, California 94040-1499
Telephone:   +1 650 813 4800
Facsimile:   +1 650 813 4848

Attorneys for Plaintiff
INPRO II LICENSING SARL

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| INPRO II LICENSING SARL, a Luxembourg Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LITE-ON TECHNOLOGY CORPORATION, a Taiwan Corporation,<br><br>Defendant. | **Case No. C 10-02204 PJH**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO POSTPONE SEPTEMBER 9, 2010 CASE MANAGEMENT CONFERENCE AND RELATED DATES [CIVIL L.R. 7-12]** |

1   Defendant Lite-On Technology Corporation ("Lite-On") respectfully requests that the Court postpone the September 9, 2010 Case Management Conference and the related meet and confer and Rule 26 requirements, until after the Court decides Lite-On's Motion to Dismiss for Lack of Jurisdiction and Improper Service, which was filed on July 28, 2010 (Docket No. 14) and noticed to be heard on September 1, 2010. Plaintiff INPRO II Licensing S.A.R.L. ("INPRO") does not object to the postponement requested by Lite-On.

Lite-On argues in its motion that the Court lacks subject matter jurisdiction and that INPRO has not properly served Lite-On. Lite-On has asked INPRO to either dismiss the case or agree to the postponement requested herein. INPRO disputes Lite-On's arguments. However, lead counsel for INPRO is on vacation and is unavailable to respond appropriately to Lite-On's motion, and in any event cannot make the September 1, 2010 hearing date. Accordingly, counsel for the parties have conferred and have agreed to request that the Court issue the following order:

1.  The Case Management Conference scheduled on September 9, 2010 is hereby vacated and shall be reset by the Court following the Court's decision on Lite-On's Motion to Dismiss for Lack of Jurisdiction and Improper Service ("the Motion").

2.  The schedule establishing the meet and confer deadlines relating to the Case Management Conference and the Fed. R. Civ. P. 26 requirements is also vacated and shall be reset following the Court's decision on the Motion. New dates for those requirements will be established by any date the Court sets for the Case Management Conference after deciding the Motion.

3.  Lite-On shall renotice the hearing date of the Motion for September 15, 2010.

Dated:  July 30, 2010                BECK, ROSS, BISMONTE & FINLEY, LLP

/s/
By: Joseph A. Greco
Attorneys for Defendant
Lite-On Technology Corporation

Case No. C 10-02204 PJH
STIPULATION AND [PROPOSED] ORDER                    1

| | | |
|---|---|---|
| 1 | Dated: July 30, 2010 | DECHERT LLP |
| 2 | | _____/s/_____ |
| 3 | | By: Jill F. Kopeikin |
| | | Attorneys for Plaintiff |
| 4 | | INPRO II LICENSING SARL |

As the attorney e-filing this document, I hereby attest that Jill F. Kopeikin has concurred in this filing.

Dated: July 30, 2010            _____/s/_____
                                               Joseph A. Greco

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/6/10                    _____
                                              Phyllis J. Hamilton
                                              U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900