1  Jill F. Kopeikin (State Bar No. 160792)
   Email: jill.kopeikin@dechert.com
2  **DECHERT LLP**
   2440 W. El Camino Real
3  Suite 700
   Mountain View, California 94040-1499
4  Telephone:  +1 650 813 4800
   Facsimile:  +1 650 813 4848
5
   Attorneys for Plaintiff
6  INPRO II LICENSING, SARL

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  INPRO II LICENSING SARL, a              Case No.  10-CV-02204 PJH
    Luxembourg Limited Liability Company
12                                          **NOTICE OF VOLUNTARILY DISMISSAL**
                   Plaintiff,               **WITHOUT PREJUDICE**
13
         v.
14
    LITE-ON TECHNOLOGY
15  CORPORATION, a Taiwanese Company
16                 Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a),

2  Plaintiff Inpro II Licensing SARL voluntarily dismisses without prejudice the above-entitled

3  action against Defendant Lite-On Technology Corporation.  This notice of dismissal is being filed

4  with the Court before service by Defendant of either an answer or a motion for summary

5  judgment.

6  Dated: September 8, 2010                      Dechert LLP

7                                                By:/s/ Jill F. Kopeikin
                                                  ——————————————————
8                                                   Jill F. Kopeikin
                                                    Attorneys for Plaintiff
9                                                   INPRO II LICENSING, SARL

10

11

12

13

14

15

16

17

18

19

20
                                    9/9/10
21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA